In the Matter of PATRICK J. PICARIELLO, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York and the Board of Canvassers of the City of New York, et al., Respondents, and ROBERT V. SANTANGELO, Appellant.

Argued October 15, 1951; decided October 16, 1951.

*Anthony J. Graziano* for appellant, appearing specially.
*Lewis Abrahams* for respondent.

Appeal dismissed upon the ground that, since no mandatory statute is applicable, the question certified is one in respect of practice in the New York Supreme Court, with which we have no concern. (See *Matter of Kalthoff*, 298 N. Y. 458, 461.)

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.